OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE




PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/29/2015

**HARRIMAN, TIMOTHY SCOTT** **Tr. Ct. No. F94-01553-ML**

**COA No. 05-13-01547-CR**
**PD-0653-15**

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk



TIMOTHY SCOTT HARRIMAN
TDC # 677187





RTS
FWD
Discharged

